1  Alan Steven Wolf – Bar No. 94665
   Daniel K. Fujimoto - Bar No. 158575
2  THE WOLF FIRM, A Law Corporation
   2955 Main Street, Second Floor
3  Irvine, CA 92614
   Telephone:  (949) 720-9200
4  Fax:  (949) 608-0128

5  Attorneys for Creditor, Wilmington Trust,
   NA, successor trustee to Citibank, N.A.,
6  as Trustee, f/b/o the registered holders
   of Structured Asset Mortgage
7  Investments II Trust 2007-AR6,
   Mortgage Pass-Through Certificates,
8  Series 2007-AR6

9

10              UNITED STATES BANKRUPTCY COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13

14  In re:                          Case No.:  14-40186

15  Cathy Rae Booth                  Chapter:  13

16              Debtor(s).           **REQUEST FOR SPECIAL NOTICE AND
                                     FOR INCLUSION IN MAILING GRID**
17
                                            **(No Hearing Date Set)**
18

19

20  TO THE HONORABLE ROGER L. EFREMSKY, BANKRUPTCY JUDGE; THE CLERK

21  OF THE BANKRUPTCY COURT; THE UNITED STATES TRUSTEE; THE CHAPTER

22  13 TRUSTEE; THE DEBTOR; AND ALL PARTIES IN INTEREST:

23          PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002 and other rules

24  and provisions of Title 11 of the United States Code, THE WOLF FIRM, attorneys for

25  Creditor WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS

26  TRUSTEE, F/B/O THE REGISTERED HOLDERS OF STRUCTURED ASSET

27  MORTGAGE INVESTMENTS II TRUST 2007-AR6, MORTGAGE PASS-THROUGH

28  CERTIFICATES, SERIES 2007-AR6, requests special notice of all matters which must

1

Case: 14-40186    Doc# 20    Filed: 07/29/14    Entered: 07/29/14 13:07:42    Page 1 of 4
6401-32532

1  be noticed to creditors, the Creditors' Committee or other parties in interest and further

2  requests inclusion in the mailing grid.

3       All copies should be sent to the following address:

4               THE WOLF FIRM, A Law Corporation

5               2955 Main Street, Second Floor

6               Irvine, CA  92614

7  Date:  July 29, 2014             Respectfully submitted,

8               THE WOLF FIRM,
             A Professional Law Corporation

9

10

11               By:  /s/ Daniel K. Fujimoto
             Daniel K. Fujimoto
             Attorney for Creditor

12               Wilmington Trust, NA, successor trustee to
             Citibank, N.A., as Trustee, f/b/o the registered

13               holders of Structured Asset Mortgage
             Investments II Trust 2007-AR6, Mortgage

14               Pass-Through Certificates, Series 2007-AR6

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID

6401-32532

PROOF OF SERVICE

RE: Cathy Rae Booth
CASE NO.: 14-40186

I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2955 Main Street, Second Floor, Irvine, California 92614. On July 29, 2014, I served a **REQUEST FOR SPECIAL NOTICE AND FOR INCLSION IN MAILING GRID** on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

SEE ATTACHED LIST MARKED AS
EXHIBIT "1" AND INCORPORATED
HEREIN BY REFERENCE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 29, 2014, at Irvine, California.

/S/ Tyffanie M. Parker
Tyffanie M. Parker

3

REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID
6401-32532

EXHIBIT "1"

RE:   Cathy Rae Booth
CASE NO.:   14-40186

**Debtor**:
Cathy Rae Booth
3145 Kennedy Street
Livermore, CA 94551-5929

**Debtor's Counsel**:
Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

**Chapter 13 Trustee**:
Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566

**U.S. Trustee**:
Office of the U.S. Trustee - Oakland
1301 Clay Street, Suite 690N
Oakland, CA 94612

Case: 14-40186    Doc# 25    Filed: 07/29/14    Entered: 07/29/14 15:37:42    Page 4 of 4
6401-32532

REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID