UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Cathy Rae Booth

Debtor(s)

Bankruptcy No.: 14-40186
R.S. No.: ASW-2737
Hearing Date: 01/06/2016
Time: 1:30 pm

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/15/2014      Chapter: 13
    Prior hearings on this obligation: _____      Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____        Source of value: _____
   Contract Balance: $_____         Pre-Petition Default: $_____
   Monthly Payment: $_____          No. of months: _____
   Insurance Advance: $_____        Post-Petition Default: $_____
                                        No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 3145 Kennedy Street, Livermore, CA 94551

   Fair market value: $ 350,000.00     Source of value: Schedule A     If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.): holder of first trust deed

   Approx. Bal.            $ 686,280.68       Pre-Petition Default:    $ n/a
   As of (date): 12/14/2015                   No. of months: n/a
   Mo. payment:            $ 2,236.54         Post-Petition Default:   $ 17,558.66
   Notice of Default (date): 07/29/2013       No. of months: 8
   Notice of Trustee's Sale: 11/26/2013       Advances Senior Liens:   $ _____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | | Amount | Mo. Payment | Defaults |
   |---|---|---|---|---|
   | 1st Trust Deed: | Movant | $ 686,280.68 | $ 2,236.54 | $ 17,558.66 |
   | 2nd Trust Deed: | _____ | $ _____ | $ _____ | $ _____ |
   | _____ | : | | | |
   | _____ | : | | | |
   | _____ | : | | | |
   | (Total) | | $ 686,280.68 | $ 2,236.54 | $ 17,558.66 |

(D) Other pertinent information: Debtor's loan was modified on 12/1/2012. Debtor applied for another loan modification on 1/30/14. The loan mod is in process, Movant is awaiting additional documentation to complete the loan modification review process.

Dated: December 22, 2015

/s/ Daniel K. Fujimoto
Signature
Daniel K. Fujimoto
Print or Type Name

Attorney for Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through Certificates, Series 2007-AR6