Alan Steven Wolf – Bar No. 94665
Daniel K. Fujimoto - Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Movant, Wilmington Trust, NA,
successor trustee to Citibank, N.A., as Trustee,
f/b/o the registered holders of Structured Asset
Mortgage Investments II Trust 2007-AR6,
Mortgage Pass-Through Certificates, Series 2007-AR6

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Cathy Rae Booth<br><br>　　　　　Debtor. | CASE: 14-40186<br><br>CHAPTER: 13<br><br>REF: ASW-2737<br><br>**AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:　　1/13/2016<br>Time:　　1:30 pm<br>Courtroom:　201<br><br>UNITED STATES BANKRUPTCY COURT<br>1300 Clay Street<br>Oakland, CA 94612 |

TO Debtor, her counsel Patrick L Forte, and the Chapter 13 Trustee:

PLEASE TAKE NOTICE that on January 13, 2016, at 1:30 p.m., or as soon thereafter as the matter can be heard before the Honorable Roger L. Efremsky of the above-entitled Court located at 1300 Clay Street, Oakland, CA 94612, Movant will move this Court for an order granting relief from the automatic stay relative to this Movant's

interest in the real property commonly known as 3145 KENNEDY STREET, LIVERMORE, CA 94551 ("Property") and more fully described in the Motion herein.

The Motion will be made on the grounds that there is cause for relief from stay, including (1) lack of adequate protection; (2) no equity in the subject Property for the benefit of the Debtor and the Property is not necessary for an effective reorganization; and (3) Debtor's failure to make the required Trust Deed payments..

The Motion is based upon the pleadings, records and files in this case including the instant Motion and the Declaration in Support of Motion for Relief From Stay filed concurrently herewith.

NOTICE IS HEREBY GIVEN that failure to appear at the above hearing will be deemed a waiver of one's rights to oppose this Motion resulting in an order granting relief from stay being entered against you.

DATED: December 23, 2015

THE WOLF FIRM
A Law Corporation

/s/ Daniel K. Fujimoto
DANIEL K. FUJIMOTO
Attorneys for Movant
WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE, F/B/O THE REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR6

# PROOF OF SERVICE

RE: Cathy Rae Booth

CASE NO.: 14-40186

I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2955 Main Street, Second Floor, Irvine, CA 92614. On <u>December 23, 2015</u> I served a **AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

SEE ATTACHED LIST MARKED AS
EXHIBIT "1" AND INCORPORATED
HEREIN BY REFERENCE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on <u>December 23, 2015</u>, at Irvine, California.

<u>/S/ Thomas Coniglio</u>
Thomas Coniglio

EXHIBIT "1"

RE: Cathy Rae Booth
CASE NO.: 14-40186

**Debtor:**
Cathy Rae Booth
3145 Kennedy Street
Livermore, CA 94551-5929

**Debtor's Counsel:**
Patrick L. Forte
Law Offices of Patrick L. Forte
1624 Franklin St. #911
Oakland, CA 94612

**Chapter 13 Trustee:**
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

**U.S. Trustee:**
Office of the U.S. Trustee - Oakland
1301 Clay Street, Suite 690N
Oakland, CA 94612

**Judge:**
Honorable Roger L. Efremsky
Attention: Chambers Copies
P.O. Box 2070
Oakland, CA 94604-2070