```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    1624 Franklin Street, Suite 911
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 14-40186 RLE |
| **CATHY RAE BOOTH,** | Chapter 13 |
|         **Debtor.** | RS No. ASW-2737 |
| | **STATEMENT OF NON-OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY CREDITOR WILMINGTON TRUST, NA SUCCESSOR TRUSTEE TO CITIBANK, NA, AS TRUSTEE f/b/o THE REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR6** |
| | **Date: January 13, 2016<br>Time: 1:39 PM.<br>Ctrm: 201** |
| _____/ | **Northern District of California – Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612** |

    Cathy Rae Booth, the debtor herein, has no basis to oppose the relief sought in Creditor Wilmington Trust, NA, successor trustee to Citibank, NA as Trustee, f/b/o the registered holders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through

Certificates, Series 2007-AR6's Motion for Relief from the Automatic Stay, docket number 23, filed on December 22, 2015.

Dated: January 11, 2016           /s/  Patrick L. Forte
                                  PATRICK L. FORTE
                                  Attorney for Debtor