```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 14-40186 RLE** |
| **CATHY RAE BOOTH,** | **Chapter 13** |
| Debtor. | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

1. The balance on hand being held by the Chapter 13 trustee should be disbursed to pay the claims of Quantum3 Group, LLC/MOMA Funding LLC, claim #1, Becket & Lee, LLP, claim #2, and PRA Receivables Management, claim #3, 100%.

2. The excess funds leftover after the claims 1, 2, & 3 have been paid in full shall be sent directly to the debtor.

The modification is sought on the following grounds:

On January 28, 2016 Select Portfolio Servicing obtained relief from the automatic stay and shortly thereafter returned a check that they received from the Chapter 13 trustee with a letter indicating

Page 1 of 2

Case: 14-40186   Doc# 40   Filed: 10/23/17   Entered: 10/23/17 15:45:39   Page 1 of 2

that they obtained relief from the automatic stay. The trustee does not automatically cease payments to the secured creditor absent an Objection to Claim and a Motion to Modify Plan. Debtor is filing a Motion to Modify Plan herewith.

Dated: October 23, 2017

                                          /s/ Patrick L. Forte
                                          PATRICK L. FORTE
                                          Attorney for Debtor