```
1   PATRICK L. FORTE, #80050
    LAW OFFICES OF PATRICK L. FORTE
2   1624 Franklin Street, #911
    Oakland, CA 94612
3   Telephone: (510) 465-3328
    Facsimile: (510) 763-8354
4
5   Attorneys for Debtor
```

                    UNITED STATES BANKRUPTCY COURT

                    NORTHERN DISTRICT OF CALIFORNIA

**In re:**                          Case No. 14-40186 RLE

**CATHY RAE BOOTH,**                Chapter 13

                                    **DECLARATION OF PATRICK L. FORTE
                                    IN SUPPORT OF ORDER MODIFYING
                                    PLAN**
                **Debtor.**
_____/

   I, Patrick L. Forte, declare:

   1. I am the attorney for the above named debtor.

   2. On January 28, 2016, Wilmington Trust, NA successor to Citibank, NA, as Asset Mortgage Investments II Trust 2007, C/o Select Portfolio Servicing ("Select Portfolio Servicing") obtained relief from the automatic stay.

   3. On April 20, 2016, Select Portfolio Servicing returned to the Chapter 13 trustee a check in the sum of $503.50 that they received from the Chapter 13 trustee's office along with a letter stating that they had obtained relief from the automatic stay. The trustee currently has funds on hand totaling $9,200.20. We have objected to the claim of Select Portfolio Servicing and we are moving to modify the Chapter 13 plan to pay general unsecured

claims 100% and to have the excess funds held by the trustee to be returned to the debtor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 23, 2017, Oakland, California

                                                   /s/ Patrick L. Forte
                                                    PATRICK L. FORTE
                                                    ATTORNEY FOR DEBTOR