```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 14-40186 RLE** |
| **CATHY RAE BOOTH,** | **Chapter 13** |
| | **OBJECTION TO CLAIM #4-1 OF WILMINGTON TRUST, NA SUCCESSOR TO CITIBANK, NA, AS ASSET MORTGAGE SERVICING INVESTMENTS II TRUST 2007, C/O SELECT PORTFOLIO SERVICING, INC.** |
| **Debtor.** _____/ | |

The undersigned objects to allowance of Claim No. 4-1 filed by Wilmington Trust, NA Successor to Citibank, NA, as Asset Mortgage Servicing Investments II Trust 2007, C/o Select Portfolio Servicing, Inc. ("Select Portfolio Servicing")

    (X) Except as a secured arrearage claim for $9,807.16 (which has already been paid to creditor).

for the following reason:

    On January 28, 2016, Select Portfolio Servicing obtained an Order granting relief from the automatic stay. The Chapter 13 trustee's office continued to disburse funds towards Select Portfolio

Servicing's claim. On April 20, 2016, Select Portfolio Servicing refunded a check in the amount of $503.50 that they received from the Chapter 13 trustee's office along with a letter stating that they had received relief from the automatic stay. Debtor will be filing a motion to modify the Chapter 13 plan requesting that the balance on hand being held by the trustee be applied to satisfy the unsecured claims in full and directing the trustee to refund the excess funds to the debtor.

Dated: October 23, 2017        /s/ Patrick L. Forte
                               PATRICK L. FORTE
                               Attorney for Debtor